UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Charles Marich

    v.                              Civil No. 04-cv-334-PB

Western Carpet & Linoleum Co., et al.

**O R D E R**

Plaintiff moves to strike defendant Shaw's motion for summary judgment for violation of LR 83.2. Shaw's Pro Hac Vice counsel, but not its local counsel, "signed" and filed the motion for summary judgment. Plaintiff is right and defense counsel are wrong.

The requirements of LR 83.2 are not changed just because Pro Hac Vice counsel are permitted to file documents with the court. Whether documents are filed in hard copy or electronically, local counsel must always sign all filings.[1]

If Mr. Whitney approves of the motion he is to file a certification to that effect within ten (10) days. Upon filing

---

[1] Local counsel are required to assure that the court always has within its governance a lawyer for every represented client whose New Hampshire license to practice assures compliance with New Hampshire standards.

of the certification the motion to strike is denied.  If it is not filed within ten (10) days the motion will be granted.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: December 5, 2005

cc:     Leslie H. Johnson, Esq.
        Todd M. Reed, Esq.
        Allison Romantz, Esq.
        Mark M. Whitney, Esq.